# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LEON HANSON, | ) 1:07cv0638 LJO SMS |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS |
| | ) AND RECOMMENDATION |
| v. | ) |
| | ) (Document 8) |
| GEORGE BUSH, et al., | ) |
| | ) |
| Defendants. | ) |

    Plaintiff Daryl Leon Hanson ("Plaintiff"), filed the instant action on March 28, 2007.

    On July 26, 2007, the Magistrate Judge issued Findings and Recommendation that the action be DISMISSED for Plaintiff's failure to prosecute. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days. Over thirty (30) have passed and Plaintiff has not filed objections.[1]

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

---

[1] The Findings and Recommendation served on Plaintiff was returned to the Court on August 10, 2007. The envelope stated, "Does not live or work here- we do not know this person."

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Findings and Recommendations dated July 26, 2007, is ADOPTED IN

3          FULL; and

4    2.    The action is DISMISSED.

5    This order terminates this action in its entirety.  The clerk is directed to close this

6  action.

9  IT IS SO ORDERED.

10  **Dated:   August 27, 2007**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE